UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL PADRON, et al.,<br><br>    Defendants. | §§§§§§§§§§§   No. 5:15–CV–200–DAE |

ORDER REGARDING ORAL ORDER ISSUED AT HEARING ON PLAINTIFF'S
THIRD MOTION FOR PRELIMINARY INJUNCTION

    The Court held a hearing on Travelers Casualty and Surety Company of America's ("Plaintiff" or "Travelers") Third Motion for Preliminary Injunction (Dkt. # 166) on July 31, 2017.  For purposes of clarity, and because the minute entry of the proceedings is only available to the Clerk's Office (see Dkt. # 184), the Court confirms that it issued the following oral order at the hearing applying to all Defendants, effective as of the date of the hearing: Defendants shall not dissipate, dissolve, or transfer assets, and there shall be no change in Defendants' financial circumstances, other than what is required by the regular course of business, unless and until the Court orders otherwise.  An order on Travelers' Third Motion for Preliminary Injunction will issue separately.

    **IT IS SO ORDERED.**

    **DATE:** San Antonio, Texas, August 2, 2017.

1

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE