UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America, § § § § Plaintiffs, § vs. § § Michael Padron, et al § § Defendants. § | NO:  SA:15-CV-00200-DAE |

## AMENDED ORDER SETTING NON-JURY BENCH TRIAL AND RELATED DEADLINES

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Non-Jury Trial in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, February 18, 2020 at 09:30 AM**.

Proposed Finding of Fact and Conclusions of Law are due **Friday, January 17, 2020**.

**Pretrial Submissions**

Pursuant to Local Rule 16(e), the Court **ORDERS** all parties to serve and file the following information by the close of business **Monday, February 10, 2020:**

(1) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

(2) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only),

separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(3) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(4) An estimate of the probable length of trial.

**Objections to Pretrial Submissions**

Pursuant to Local Rule 16(f), the Court also **ORDERS** both parties to serve and file the following information by close of business on **Wednesday, February 12, 2020**:

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefore, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403 shall be deemed waived unless excused by the court for good cause shown.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 03, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE