IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MICHAEL PADRON, MARIA PADRON,<br>JOE ALEX MUNIZ, MICHAEL<br>WIBRACHT, LAURA WIBRACHT,<br>RUEBEN VILLARREAL, MANUELA<br>VILLARREAL, JAMES BRIAN<br>TAYLOR, FRAMEEDA TAYLOR,<br>STEVEN WIBRACHT, ERIN<br>WIBRACHT, RAYMOND JENKINS,<br>WENDY JENKINS, MAPCO, INC.,<br>BLACKHAWK VENTURES, LLC,<br>PROMASTERS CONSTRUCTION, INC.,<br>JAMCO VENTURES, LLC,<br>HOMELAND CONSTRUCTION, INC.,<br>MBH VENTURES, LLC, MILCON<br>CONSTRUCTION, LLC, TEAM JAMA,<br>CORE LOGISTICS SERVICES, LLC,<br>WPS GROUP, LLC, PADRON<br>ENTERPRISES, INC., BLACKHAWK-<br>JAMCO A SDVO, LLC,<br>BLACKHAWK/JAMCO JV2,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | SA-15-CV-00200-DAE |

## **ORDER**

Before the Court in the above-styled cause of action is the Unopposed Motion to Withdraw as Counsel of Record for Defendant Core Logistic Services, LLC [#349], filed by W. Stephen Benesh, Patrick A. Caballero, and Bracewell LLP (collectively "Bracewell"). The motion was referred to the undersigned for disposition on May 28, 2019. By their motion, Bracewell asks the Court to withdraw as counsel of record for Defendant Core Logistic Services, LLC ("Core") because Core has ceased to exist, lacks assets of any sort, and cannot pay

1

Bracewell's legal fees.  Core's owner, Glen Boultinghouse, has agreed to Bracewell's withdrawal.  No other party is opposed to the withdrawal.

The Court, in its discretion, will grant the motion.  However, the Court informs Core that as a limited liability corporation it cannot represent itself without licensed counsel in federal court.  *See Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) ("Although 28 U.S.C. § 1654 authorizes individuals to appear in federal courts pro se, the statute is silent regarding corporations.  The lack of authorization in § 1654 has been interpreted as barring corporations from appearing in federal court without an attorney."); *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("Because both a partnership and a corporation must appear through licensed counsel, and because a limited liability company is a hybrid of the partnership and corporate forms, . . . a limited liability company also may appear in federal court only through a licensed attorney.") (internal citations omitted).  Accordingly, if Core is unable to obtain new counsel, it leaves itself vulnerable to an entry of default and final default judgment, if pursued by Plaintiff.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Withdraw as Counsel of Record for Defendant Core Logistic Services, LLC [#349] is **GRANTED**.

**IT IS FURTHER ORDERED** that W. Stephen Benesh, Patrick A. Caballero, and Bracewell LLP are hereby **WITHDRAWN** as counsel for Defendant Core Logistic Services, LLC.  **IT IS FINALLY ORDERED** that a copy of this Order and all further filings in this case be sent to Boultinghouse's mailing address:

>   Glen Boultinghouse
>   139 Green Meadow Blvd.
>   San Antonio, TX 78213

**IT IS SO ORDERED.**

SIGNED this 4th day of June, 2019.

                                                                         _____
                                                                          ELIZABETH S. ("BETSY") CHESTNEY
                                                                          UNITED STATES MAGISTRATE JUDGE