IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, § § § | | |
| *Plaintiff*, § § | | |
| vs. § § | SA-15-CV-00200-DAE | |
| § § | | |
| MICHAEL PADRON, MARIA PADRON, JOE ALEX MUNIZ, MICHAEL WIBRACHT, LAURA WIBRACHT, RUEBEN VILLARREAL, MANUELA VILLARREAL, JAMES BRIAN TAYLOR, FRAMEEDA TAYLOR, STEVEN WIBRACHT, ERIN WIBRACHT, RAYMOND JENKINS, WENDY JENKINS, MAPCO, INC., BLACKHAWK VENTURES, LLC, PROMASTERS CONSTRUCTION, INC., JAMCO VENTURES, LLC, HOMELAND CONSTRUCTION, INC., MBH VENTURES, LLC, MILCON CONSTRUCTION, LLC, TEAM JAMA, CORE LOGISTICS SERVICES, LLC, WPS GROUP, LLC, PADRON ENTERPRISES, INC., BLACKHAWK-JAMCO A SDVO, LLC, BLACKHAWK/JAMCO JV2, § § § § § § § § § § § § § § § § | | |
| *Defendants.* § | | |

## **ORDER**

Before the Court in the above-styled cause of action is the Opposed Motion to Withdraw as Counsel of Record for Defendant Michael Wibracht [#254], which was referred to the undersigned for disposition on July 25, 2019. By their motion, Kevin M. Young, Jason Pulliam, and the Law Firm of Prichard Young, LLP, ask the Court for permission to withdraw as attorneys for Michael Wibracht due to an irreconcilable conflict. Although all other parties

1

consent to the withdrawal, Mr. Wibracht does not.  Accordingly, the Court will set the motion for a hearing.

**IT IS THEREFORE ORDERED** that the Opposed Motion to Withdraw as Counsel of Record for Defendant Michael Wibracht [#254] is **SET** for a hearing on **August 6, 2019 at 2:30 p.m.** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.  Defendant Michael Wibracht and at least one of his attorneys of record are ordered to participate in the hearing.  The remaining parties may appear but are not required to do so.  All parties may appear at the hearing by phone and should contact Valeria Sandoval, Courtroom Deputy, for call-in information at chestney_chambers@txwd.uscourts.gov.  The use of speaker phones is prohibited in a telephonic conference.

SIGNED this 1st day of August, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE