FILED

DEC 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND** | § | |
| **SURETY COMPANY OF AMERICA** | § | |
| | § | **Case No.  SA: 15-CV-200-DAE** |
| **VS** | § | |
| | § | |
| **MICHAEL PADRON, et al.** | § | |
| | § | |

## <u>ORDER TO TRANSFER</u>

It is ORDERED that the above matter is hereby TRANSFERRED to the docket of the Honorable Royce C Lamberth.  Pursuant to the Amended Order Assigning the Business of the Court effective September 23, 2019, the Clerk shall credit this case to the percentage of business of the receiving Judge.  All Orders shall remain in effect unless otherwise ordered by the receiving judge.

SIGNED this 12th day of December, 2019.

_____
David Alan Ezra
Senior United States Distict Judge